*E-Filed 5/9/05*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAREEM W. NAHAS, ANDREW NAHAS and BIG SKY ENTERTAINMENT, Inc., a California Corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF MOUNTAIN VIEW, WHITNEY McNAIR, in her individual capacity and representative capacity, and DOES 1 through 50, INCLUSIVE<br><br>    Defendants.<br>_____ / | Case No. C03-05057 JW (HRL)<br><br>**INTERIM ORDER ON PLAINTIFFS' MOTION TO COMPEL** |

The court, having preliminarily reviewed the moving papers and opposition to Plaintiffs' Motion to Compel and Request for Sanctions, feels that the parties have engaged in inadequate meet and confer efforts. *See* Civ. L.R. 37-1 (counsel required to confer to attempt to resolve disputed discovery issues before filing a motion to compel); *see also* Civ. L.R. 1-5(n) ("'confer' means to communicate directly and discuss in good faith the issue(s) required under the particular Rule or order . . . [t]he mere sending of a written, electronic, or voice-mail communication" does not satisfy the requirement).

//

//

//

1  Accordingly, the parties are ordered to meet and confer either in person or by telephone
2  concerning plaintiffs' motion. The parties shall submit a joint declaration, to be prepared by plaintiffs,
3  describing the meet and confer efforts, detailing the issues that have been resolved, and identifying the
4  issues that remain for the court's determination. Such declaration shall be filed no later than **May 18,**
5  **2005.** The hearing on plaintiffs' motion is continued to **May 31, 2005** at 10:00 a.m.

**IT IS SO ORDERED.**

Dated: 5/9/05

/s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

2  Louis A. Leone    lleone@stubbsleone.com

3  Eric J Sidebotham    eric.sidebotham@verizon.net

4  * Counsel are responsible for providing copies of this order to co-counsel who have not registered under the Court's ECF system.

Dated: 5/9/05

                                          /s/ KWN
Chambers of Magistrate Judge Howard R. Lloyd