*E-Filed 7/15/05*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAREEM W. NAHAS, ANDREW NAHAS and BIG SKY ENTERTAINMENT, Inc., a California Corporation,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF MOUNTAIN VIEW, WHITNEY McNAIR, in her individual capacity and representative capacity, and DOES 1 through 50, INCLUSIVE<br><br>　　　　　Defendants._____/ | Case No. C03-05057 JW (HRL)<br><br>**INTERIM ORDER ON PLAINTIFFS' MOTION TO COMPEL** |

Pursuant to the letters received by the court from both parties' counsel, and preliminary review of the moving papers and opposition to Plaintiffs' Motion to Compel and Request for Sanctions, the court agrees that the parties have engaged in inadequate meet and confer efforts.

//
//
//
//
//
//

Accordingly, the parties are ordered to meet and confer either in person or by telephone concerning plaintiffs' motion. The parties shall submit separate declarations describing the meet and confer efforts, detailing the issues that have been resolved, and identifying the issues that remain for the court's determination. Such declarations shall be filed no later than **July 29, 2005.** The hearing on plaintiffs' motion is continued to **August 23, 2005** at 10:00 a.m. The plaintiffs shall file their reply brief in accordance with the Local Rules based on the new hearing date.

**IT IS SO ORDERED.**

Dated: 7/15/05

/s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

Louis A. Leone     lleone@stubbsleone.com

Eric J Sidebotham     eric.sidebotham@verizon.net

* Counsel are responsible for providing copies of this order to co-counsel who have not registered under the Court's ECF system.

Dated: 7/15/05

/s/ RNR
Chambers of Magistrate Judge Howard R. Lloyd