*E-Filed 7/29/05*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAREEM W. NAHAS, ANDREW NAHAS and BIG SKY ENTERTAINMENT, Inc., a California Corporation,<br><br>  Plaintiffs,<br><br>  v.<br><br>CITY OF MOUNTAIN VIEW, WHITNEY McNAIR, in her individual capacity and representative capacity, and DOES 1 through 50, INCLUSIVE<br><br>  Defendants._____/ | Case No. C03-05057 JW (HRL)<br><br>**ORDER CONTINUING MOTION TO COMPEL** |

Pursuant to the request received by the court from plaintiffs' counsel on July 25, 2005, and having received notification that defendant does not object, the court continues the hearing on plaintiffs' Motion to Compel until October 4, 2005. The parties' separate declarations describing their meet and confer efforts (described in detail in the court's Interim Order of July 15, 2005) shall be filed no later than September 13, 2005. The plaintiffs shall file their reply brief in accordance with the Local Rules based on the new hearing date.

**IT IS SO ORDERED.**

Dated: 7/29/05                                                          /s/ Howard R. Lloyd
                                                                                    HOWARD R. LLOYD
                                                                                    UNITED STATES MAGISTRATE JUDGE

1  THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

2  Louis A. Leone     lleone@stubbsleone.com

3  Eric J Sidebotham     eric.sidebotham@verizon.net

4  * Counsel are responsible for providing copies of this order to co-counsel who have not registered under the Court's ECF system.

Dated: ~~7/28/05~~
       7/29/05

/s/ RNR
Chambers of Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California

2