**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Nahas, et al.,<br><br>        Plaintiffs,<br>  v.<br><br>City of Mountain View, et al.,<br><br>        Defendants.<br>                                        / | NO. C 03-5057 JW<br><br>**CORRECTED ORDER GRANTING DEFENDANTS' MOTION TO PRECLUDE EXPERT TESTIMONY** |

On July 25, 2005, the Court heard Defendants' Motion to Preclude Expert Testimony. The Court has determined that Plaintiffs' proposed expert based his proposed testimony on records that were not created in accordance with Generally Accepted Accounting Principles ("GAAP"). Therefore, the report relied on by Plaintiffs' proposed expert and his proposed testimony are unreliable and will be precluded. This does not, however, bar Plaintiffs from submitting a revised report in accordance with GAAP and tendering an expert relying on such a report. If Plaintiffs choose to do so, they must notify Defendants of their intent to file their new report and send a copy of this notification to the Court. Thereafter, the parties shall meet and confer regarding scheduling any further discovery.

During the hearing, Defendants requested that the Court preclude Plaintiffs' expert testimony relying on non-contemporaneous records. The Court found the existing report defective and now invites Defendants to seek sanctions accordingly and request costs stemming from Defendants' preparation of their Motion to Preclude Expert Testimony and any expenses regarding the revised report.

If Plaintiffs decide not to tender expert testimony, Plaintiffs should notify Defendants. Defendants should update Plaintiffs of any change in their own intentions to tender expert testimony.

Dated:  August 17, 2005

/s/James Ware
JAMES WARE
United States District Judge

03cv5057.exptest

2

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Eric J Sidebotham eric.sidebotham@verizon.net
Louis A. Leone lleone@stubbsleone.com
Patricia De Fonte Patricia.DeFonte@ibslaw.com

Michael D. Martello
Office of the City Attorney
500 Castro Street
Mountain View, CA 94039-7540

| | |
|---|---|
| **Dated:  August 17, 2005** | **Richard W. Wieking, Clerk** |
| | **By:/s/JWchambers** |
| | **Ronald L. Davis** |
| | **Courtroom Deputy** |

**United States District Court**
For the Northern District of California