*E-Filed 9/14/05*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAREEM W. NAHAS, ANDREW NAHAS and BIG SKY ENTERTAINMENT, Inc., a California Corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>CITY OF MOUNTAIN VIEW, WHITNEY McNAIR, in her individual capacity and representative capacity, and DOES 1 through 50, INCLUSIVE<br><br>    Defendants.<br>_____/ | Case No. C03-05057 JW (HRL)<br><br>**ORDER CONTINUING MOTION TO COMPEL** |

Pursuant to the request received by the court from plaintiffs' counsel on September 12, 2005 to which defendants do not object, and good cause appearing, the court continues the hearing on plaintiffs' Motion to Compel until November 7, 2005. The parties' separate declarations describing their meet and confer efforts (described in detail in the court's Interim Order of July 15, 2005) shall be filed no later than November 7, 2005. The plaintiffs shall file their reply brief in accordance with the Local Rules based on the new hearing date.

**IT IS SO ORDERED.**

Dated: 9/14/05

/s/ Howard R. Lloyd
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

2  Louis A. Leone     lleone@stubbsleone.com

3  Eric J Sidebotham     eric.sidebotham@verizon.net

4  * Counsel are responsible for providing copies of this order to co-counsel who have not registered under the Court's ECF system.

5  Dated: 9/14/05

6                                              /s/ RNR
   Chambers of Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California