LAW OFFICES
## STUBBS & LEONE
A PROFESSIONAL CORPORATION

2175 N. CALIFORNIA BOULEVARD, SUITE 900
WALNUT CREEK, CA 94596
(925) 974-8600
(925) 974-8601 FAX

GREGORY E. STUBBS
LOUIS A. LEONE
———
MARINA B. PITTS
KATHLEEN L. DARMAGNAC
MICHAEL L. SMITH
JILL DARSOW

OF COUNSEL
NANCY A. HUNEKE

September 23, 2005

**Via Electronic Filing**

Hon. James Ware; Dept. 8
U.S. District Court - Northern District
280 S. First Street,
San Jose, CA 95113

Re:   **Nahas, et al v. City of Mountain View, et al**
      **United States District Court, Northern District of California**
      **Case No. C03 05057**

Dear Judge Ware:

We enclose a stipulation continuing the case management conference scheduled for September 26, 2005 in this case. Mr. Sidebotham was not available to execute this stipulation, but I did read it to him and he is in agreement with its terms and request.

Very truly yours,

LOUIS A. LEONE, ESQ.

LAL:cg

Enclosure

cc:   Eric Sidebotham, Esq. (via e-filing)

S:\docs\clients\Lou\Nahas\Correspondence\Judge Ware002.ltr.doc

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | LOUIS A. LEONE, ESQ. (CSB #0099874)<br>**STUBBS & LEONE**<br>A Professional Corporation<br>2175 N. California Blvd., Suite 900<br>Walnut Creek, CA  94596<br>Telephone:   (925) 974-8600<br>Facsimile:     (925) 974-8601<br><br>Attorneys for Defendants CITY OF MOUNTAIN VIEW<br>and WHITNEY MCNAIR |



UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| KAREEM W. NAHAS, ANDREW NAHAS, and BIG SKY ENTERTAINMENT, Inc., a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF MOUNTAIN VIEW, WHITNEY McNAIR, in her individual and representative capacity, and DOES 1 through 50, INCLUSIVE,<br><br>Defendants | Case No.:  C03 05057<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>***CONFERENCE CONTINUED TO MONDAY, OCTOBER 31, 2005 AT 10AM |

Plaintiffs, by and through their attorney of record, Eric Sidebotham and defendants, by and through their attorneys, Stubbs & Leone, hereby submit the following stipulation and court order:

1.  The parties are currently scheduled to appear for a case management conference on September 26, 2005 before the honorable Judge James Ware;

---

**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**                                          1

2. The parties are scheduled to participate in a settlement conference on October 5, 2005 before the honorable United States District Court Magistrate, Lloyd.

In light of the above, the parties do stipulate and request that the case management conference scheduled for September 26, 2005 be hereby continued to a date after the settlement conference with the honorable Magistrate Lloyd.

**IT IS HEREBY STIPULATED**:

Dated: September 23, 2005          **STUBBS & LEONE**

                                   By: _____
                                   LOUIS A. LEONE, ESQ.
                                   Attorneys for Defendants
                                   CITY OF MOUNTAIN VIEW and
                                   WHITNEY MCNAIR

Dated: September 23, 2005          **ERIC J. SIDEBOTHAM, ATTORNE AT LAW**

                                   By: _____
                                   ERIC SIDEBOTHAM, ESQ.
                                   Attorney for Plaintiffs
                                   KAREEM W. NAHAS, ANDREW
                                   NAHAS, and BIG SKY NTERTAINMENT, Inc

**IT IS SO ORDERED**:

That the case management conference scheduled for September 26, 2005 is hereby vacated. ~~The court will notify all parties of a new case management conference date~~:
Case management conference is hereby continued to Mon.Oct. 31, 2005@10am

Dated: September 23 , 2005          /s/ James Ware
                                    THE HONORABLE JAMES WARE

---

STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE                    2