*E-filed 10/19/05*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAREEM W. NAHAS, ANDREW NAHAS and BIG SKY ENTERTAINMENT, Inc., a California Corporation,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY OF MOUNTAIN VIEW, WHITNEY McNAIR, in her individual capacity and representative capacity, and DOES 1 through 50, INCLUSIVE<br><br>    Defendants.<br>_____/ | Case No. C03-05057 JW (HRL)<br><br>**ORDER CONTINUING MOTION TO COMPEL** |

Pursuant to the request received by the court from plaintiffs' counsel on October 14, 2005, having received notice that defendants do not object, and good cause appearing, the court continues the hearing on plaintiffs' Motion to Compel until **December 6, 2005**. The parties' separate declarations describing their meet and confer efforts shall be filed no later than **November 18, 2005**. The plaintiffs shall file their reply brief in accordance with the Local Rules based on the new hearing date. In the future, counsel shall seek consent from opposing counsel before requesting a continuance.

**IT IS SO ORDERED.**

Dated: 10/18/05

                                                                /s/ Howard R. Lloyd
                                                         HOWARD R. LLOYD
                                                         UNITED STATES MAGISTRATE JUDGE

1  THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

2  Louis A. Leone    lleone@stubbsleone.com

3  Eric J Sidebotham    eric.sidebotham@verizon.net

4  * Counsel are responsible for providing copies of this order to co-counsel who have not registered under the Court's ECF system.

Dated: 10/19/05

                                             /s/ RNR
                          Chambers of Magistrate Judge Howard R. Lloyd

**United States District Court**
For the Northern District of California