IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Kareem Nahas et al., | NO. C 03-05057 JW |
| Plaintiff(s), | **ORDER CONTINUING CASE** |
| v. | **MANAGEMENT CONFERENCE** |
| City of Mountain View, California et al, | |
| Defendant(s). | |

In light of the pending motion to dismiss, the case management conference scheduled for December 5, 2005 is continued to February 27, 2006 at 10:00 a.m. The joint case management statement must be filed no later than February 15, 2006.

Dated: November 30, 2005          /s/James Ware
                                  JAMES WARE
                                  United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Eric J Sidebotham eric.sidebotham@verizon.net
Louis A. Leone lleone@stubbsleone.com
Patricia De Fonte Patricia.DeFonte@ibslaw.com

**Dated: November 29, 2005**                                **Richard W. Wieking, Clerk**

                                      **By:   /s/JW Chambers**
                                               **Ronald L. Davis**
                                               **Courtroom Deputy**

**United States District Court**
For the Northern District of California