**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Kareem Nahas et al., | NO. C 03-05057 JW |
| Plaintiff(s), | **ORDER GRANTING REQUEST TO CONTINUE HEARING DATE FOR DEFENDANTS' MOTION FOR SANCTIONS** |
| v. | |
| City of Mountain View, California et al., | |
| Defendant(s). | |

The Court has received Plaintiffs' January 6, 2006, letter requesting a continuance of Defendants' motion for sanctions, currently set for hearing on February 6, 2006, to March 6, 2006. The Court has also received Defendants' January 9, 2006, letter objecting to a continuance. Having reviewed and considered the parties' respective positions, the Court grants Plaintiffs' request for a continuance based upon the complexity and gravity of the issues involved in the motion. Defendants' motion for sanctions is continued to March 13, 2006 at 9:00 a.m.; Plaintiffs' opposition to the motion must be filed and served no later than February 20, 2006; any reply must be filed and served no later than February 27, 2006.

Dated: January 11, 2006

/s/James Ware
JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Eric J Sidebotham eric.sidebotham@verizon.net
Louis A. Leone lleone@stubbsleone.com
Patricia De Fonte Patricia.DeFonte@ibslaw.com

**Dated: January 12, 2006**               **Richard W. Wieking, Clerk**

                                          **By:  /s/JW Chambers**
                                               **Melissa Peralta**
                                               **Courtroom Deputy**