IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Kareem W. Nahas, et al., | NO. C 03-5057 JW |
|       Plaintiff,<br>v. | **ORDER CONTINUING HEARING ON DEFENDANT'S MOTION FOR SANCTIONS** |
| City of Mountain View, et al., | |
|       Defendants._____/ | |

    Please take note that on the Court's own motion, the hearing on Plaintiffs' Motion for Leave to File First Amended Complaint presently scheduled for March 13, 2006 at 9:00 a.m is vacated. The new hearing date is on **March 20, 2006 at 9 a.m.**

Dated: February 21, 2006

                                                                        JAMES WARE<br>
                                                                      United States District Judge

United States District Court
For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Eric J Sidebotham eric.sidebotham@verizon.net
Louis A. Leone lleone@stubbsleone.com
Patricia De Fonte Patricia.DeFonte@ibslaw.com

**Dated:  February 21, 2006**          **Richard W. Wieking, Clerk**

                                        **By:      /s/ JW Chambers            **
                                               **Melissa Peralta**
                                               **Courtroom Deputy**