LOUIS A. LEONE, ESQ. (CSB #0099874)
**STUBBS & LEONE**
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone: (925) 974-8600
Facsimile: (925) 974-8601
E-Mail Address:  lleone@stubbsleone.com

Attorneys for Defendants
CITY OF MOUNTAIN VIEW and WHITNEY MCNAIR

*IT IS SO ORDERED*
*/s/ James Ware*
*Judge James Ware*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| KAREEM W. NAHAS, ANDREW NAHAS, and BIG SKY ENTERTAINMENT, Inc., a California Corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF MOUNTAIN VIEW, WHITNEY McNAIR, in her individual and representative capacity, and DOES 1 through 50, INCLUSIVE,<br><br>Defendants | Case No.:   C03 05057<br><br>**STIPULATION AND ORDER REGARDING TRIAL DATE** |

Plaintiff, BIG SKY ENTERTAINMENT INC., and defendants, the CITY OF MOUNTAIN VIEW, and WHITNEY MCNAIR, by and through the respect of counsel, hereby enter the following stipulation:

1.  Defendants intend on filing a motion for summary judgment with respect to the remaining causes of actions and claims contained within the plaintiff's fourth amended complaint.

2.  By order dated June 9, 2006 issued by the Honorable Judge James Ware, over the objections of the plaintiff, the court ordered that defendants shall have

STIPULATION AND ORDER REGARDING TRIAL DATE

the opportunity to file a motion for summary judgment as stated above, but, the soonest the court could hear the motion for summary judgment would be September 11, 2006.

3. That this matter is currently set for trial to commence on September 12, 2006.

4. That during the month of July, 2006, the parties will have to engage in a substantial amount of pre-trial activities, including the preparation of trial binders, trial exhibits, pre-trial statements, motions in limine, and pre-trial conference statements, all to be submitted to the court in line with the September 12, 2006 trial date.

5. The parties wish to avoid the costs of preparing this case for trial until after the motion for summary judgment to be filed by the defendants is heard.

**WHEREAS**, the parties respectfully request that the court issue the following order:

1. That the September 12, 2006 trial date is hereby vacated;
2. That when the court hears defendants' motion for summary judgment, that the court also hold a trial setting conference and set this matter for trial on a date convenient to the calendar of all counsel and the court; and
3. That all pre-trial activity delineated within the court order dated March 20, 2006 are hereby vacated. The court will issue a new pre-trial conference order at the time a new trial date has been selected and assigned.

IT IS SO STIPULATED:

Dated: June 28, 2006           **STUBBS & LEONE**

_____
LOUIS A. LEONE, ESQ.
Attorneys for Defendants
CITY OF MOUNTAIN VIEW and
WHITNEY MCNAIR

STIPULATION AND ORDER REGARDING TRIAL DATE

| | | |
|---|---|---|
| 1 | Dated: June 26, 2006 | ERIC J. SIDEBOTHAM, ATTORNEY AT LAW |
| 2 | | |
| 3 | | |
| 4 | | *[signature]* |
| | | ERIC SIDEBOTHAM, ESQ. |
| 6 | | KAREEM W. NAHAS, ANDREW |
| 7 | | NAHAS, and BIG SKY NTERTAINMENT, Inc |
| 9 | IT IS SO ORDERED: | |
| 10 | | |
| 11 | Dated: 07/07/06 | |
| 12 | | |
| 13 | | *[signature: James Ware]* |

STIPULATION AND ORDER REGARDING TRIAL DATE

1  Dated: June ___, 2006                    **ERIC J. SIDEBOTHAM, ATTORNEY AT LAW**

2

3

4                                           _____
                                            ERIC SIDEBOTHAM, ESQ.
5                                           Attorney for Plaintiffs
                                            KAREEM W. NAHAS, ANDREW
6                                           NAHAS, and BIG SKY NTERTAINMENT, Inc

7

8

9  IT IS SO ORDERED:

10

11 Dated: _____

12

13

14                                          _____
                                            THE HONORABLE JAMES WARE
15

STIPULATION AND ORDER REGARDING TRIAL DATE