*E-filed 8/11/06*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BIG SKY ENTERTAINMENT, INC.,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>CITY OF MOUNTAIN VIEW, WHITNEY MCNAIR, AND DOES 1-50,<br><br>　　　　Defendants. | Case No. C03-05057 JW<br><br>**INTERIM ORDER ON PLAINTIFF'S MOTION FOR POST CUTOFF DISCOVERY**<br><br>Re Docket No. 233 |

Plaintiff moves to reopen discovery, compel depositions, and propound interrogatories exceeding the presumptive limit set by the Federal Rules of Civil Procedure. A hearing before this court was noticed for August 22, 2006. The issue of reopening discovery is one for Judge Ware. If and when Judge Ware reopens discovery, this court will consider the remaining issues.

**IT IS SO ORDERED.**

Dated: August 11, 2006

　　　　　　　　　　　　　　　　　　　HOWARD R. LLOYD
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1  THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

Eric J Sidebotham eric.sidebotham@ejs-law.com, ryan.smith@ejs-law.com

Louis A. Leone lleone@stubbsleone.com, patelr@stubbsleone.com

Michael D Martello michael.martello@ci.mtnview.ca.us

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**

Dated:    8/11/06                    /s/  JMM
                                Chambers of Magistrate Judge Howard R. Lloyd

2