United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Kareem W. Nahas et al., | NO. C 03-05057 JW |
| Plaintiffs, | **ORDER VACATING HEARING ON PLAINTIFFS' MOTION FOR SANCTIONS** |
| v. | |
| City of Mountain View et al., | |
| Defendants. | |

The Court deems Plaintiffs' Motion for Sanctions in the above entitled matter appropriate for submission on the papers. See Civ. L.R. 7-1(b). Accordingly, the hearing on September 11, 2006 is vacated.

Dated: September 6, 2006

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Eric J Sidebotham eric.sidebotham@ejs-law.com
Louis A. Leone lleone@stubbsleone.com
Michael D Martello michael.martello@ci.mtnview.ca.us

**Dated: September 6, 2006**                                **Richard W. Wieking, Clerk**

                                               **By:   /s/ JW Chambers**
                                                     **Elizabeth Garcia**
                                                     **Courtroom Deputy**