*E-filed 10/23/06*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BIG SKY ENTERTAINMENT, INC., <br><br> Plaintiff, <br><br> v. <br><br> CITY OF MOUNTAIN VIEW, et al. <br><br> Defendants. | Case No. C03-05057 JW (HRL) <br><br> **ORDER CONTINUING HEARING ON PLAINTIFF'S MOTION TO PROPOUND ADDITIONAL INTERROGATORIES** |

The parties have requested a continuance of the October 31, 2006 hearing date on plaintiff's motion to propound additional interrogatories, as they are engaged in promising settlement discussions. Accordingly, the hearing is continued to November 28, 2006, at 10:00 a.m. in Courtroom 2. The matter is fully briefed; no further submissions will be permitted.

**IT IS SO ORDERED.**

Dated: 10/23/06                 /s/   Howard R. Lloyd
                                HOWARD R. LLOYD
                                UNITED STATES MAGISTRATE JUDGE

THIS IS TO CERTIFY THAT A COPY OF THIS NOTICE WILL BE SENT TO:

Louis A. Leone     lleone@stubbsleone.com, patelr@stubbsleone.com

Michael D Martello     michael.martello@ci.mtnview.ca.us

Eric J Sidebotham     eric.sidebotham@ejs-law.com, ryan.smith@ejs-law.com; dan.shafer@ejs-law.com

\* Counsel are responsible for providing copies of this order to co-counsel who have not registered under the Court's ECF system.

Dated: 10/23/06

                     /s/ JMM
                     Chambers of Magistrate Judge Howard R. Lloyd