LOUIS A. LEONE, ESQ. (CSB #0099874)
**STUBBS & LEONE**
A Professional Corporation
2175 N. California Blvd., Suite 900
Walnut Creek, CA  94596
Telephone:   (925) 974-8600
Facsimile:    (925) 974-8601

Attorneys for Defendants CITY OF MOUNTAIN VIEW and WHITNEY MCNAIR

GRANTED

*[Signature]*
Judge James Ware

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| KAREEM W. NAHAS, ANDREW NAHAS, and BIG SKY ENTERTAINMENT, Inc., a California Corporation,<br><br>            Plaintiffs,<br><br>    vs.<br><br>CITY OF MOUNTAIN VIEW, WHITNEY McNAIR, in her individual and representative capacity, and DOES 1 through 50, INCLUSIVE,<br><br>            Defendants | Case No.:   C03 05057<br><br>**STIPULATION OF DISMISSAL** |

1  It is hereby stipulated by and between the parties to this action through their designated
2  counsel of record, that the above-entitled action is hereby dismissed with prejudice, each party
3  to bear their own costs and attorney's fees, pursuant to FRCP 41(a)(1).

**IT IS HEREBY STIPULATED:**

Dated: November 17, 2006        STUBBS & LEONE

                                By: _____
                                LOUIS A. LEONE, ESQ.
                                Attorneys for Defendants
                                CITY OF MOUNTAIN VIEW and
                                WHITNEY MCNAIR

Dated: November 21, 2006        **ERIC J. SIDEBOTHAM, ATTORNE AT LAW**

                                By: _____
                                ERIC SIDEBOTHAM, ESQ.
                                Attorney for Plaintiff
                                BIG SKY ENTERTAINMENT, INC.

STIPULATION OF DISMISSAL